Case 18-26837-ABA    Doc 13    Filed 09/05/18    Entered 09/05/18 00:34:40    Desc Main
Order re extension of time to file schedules    Page 1 of 3

Case 18-26837-ABA    Doc 15    Filed 09/15/18    Entered 09/16/18 00:22:07    Desc Imaged
Certificate of Notice    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Jeffrey E. Jenkins, Esquire

In Re:

Trevor Anglin and Andrea Walker
  debtor(s)

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number:    18-26837

Hearing Date:    _____

Judge:    ABA

Chapter:    13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-26837-ABA Doc 13 Filed 09/05/18 Entered 09/05/18 13:14:07 Desc
Order re extension of time to file schedules Page 2 of 2

Case 18-26837-ABA Doc 18 Filed 09/15/18 Entered 09/16/18 00:34:02 Desc Imaged
Certificate of Notice Page 2 of 3

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___September 19, 2018___.

☐ Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Trevor A. Anglin  
Andrea L. Walker  
     Debtors

Case No. 18-26837-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 13, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.  
db/jdb      +Trevor A. Anglin,   Andrea L. Walker,   2265 Horner Avenue,   Pennsauken, NJ 08110-1758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net,  
          connor@jenkinsclayman.com  
         Jeffrey E. Jenkins    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net,  
          connor@jenkinsclayman.com  
         Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Melissa S DiCerbo    on behalf of Creditor    Michigan State Housing Development Authority  
          nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 6