UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Jeffrey E. Jenkins, Esquire

**Order Filed on September 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Trevor Anglin and Andrea Walker
debtor(s)

Case Number: 18-26837

Hearing Date: _____

Judge: ABA

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 03-26837-ABA    Doc 19    Filed 09/29/19    Entered 09/30/19 00:35:45    Desc Imaged
Case 03-26837-ABA    Doc 14    Filed 09/20/18    Entered 09/20/18 13:14:52    Desc
Order re extension of time to file schedules    Page 2 of 2
Certificate of Notice    Page 2 of 3

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐   Granted.  The deadline to file schedules is extended to _____.

☒   Denied.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Trevor A. Anglin
Andrea L. Walker
    Debtors

Case No. 18-26837-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Sep 27, 2018
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/jdb       +Trevor A. Anglin,   Andrea L. Walker,   2265 Horner Avenue,   Pennsauken, NJ 08110-1758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jeffrey E. Jenkins    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         Jeffrey E. Jenkins    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Melissa S DiCerbo    on behalf of Creditor   Michigan State Housing Development Authority
          nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 6