# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26837−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Trevor A. Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Andrea L. Walker
aka Andrea L. Anglin, aka Andrea L.
Walker−Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Social Security No.:
  xxx−xx−4387                                xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/14/18
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 1, 2018
JAN: def

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26837-ABA
Trevor A. Anglin                                                        Chapter 13
Andrea L. Walker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 01, 2018
                              Form ID: 132             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db/jdb         +Trevor A. Anglin,    Andrea L. Walker,    2265 Horner Avenue,    Pennsauken, NJ 08110-1758
517716115       AmeriHealth,    PO Box 21545,    Saint Paul, MN 55121-0545
517716117      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
517716119      +Bank of America Home Loans,    c/o KML Law Group,    216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
517716118      +Bank of America Home Loans,    4909 Savarese Circle,    Tampa, FL 33634-2413
517782479       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517765098      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517716124      +Haddon Emergency Physicians,    c/o Bay Area Credit Services,    PO Box 467600,
                 Atlanta, GA 31146-7600
517716125      +Kennedy Health,    c/o Financial Recoveries,    200 E Park Drive, Ste 100,
                 Mount Laurel, NJ 08054-1297
517716126      +M J Ackerman & Associates,    2301 Evesham Road Ste 401,    Voorhees, NJ 08043-4505
517716127      +Macy's,    PO Box 8218,    Mason, OH 45040-8218
517716128       New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517716129       Our Lady of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
517716131      +Pennsauken EMS,    c/o DM Medical Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
517716130       Pennsauken EMS,    5606 N. Crescent Blvd,    Pennsauken, NJ 08110
517716132       Santander Consumer,    PO Box 105255,    Atlanta, GA 30348-5255
517752039      +Santander Consumer USA,    PO BOX 961245,    Fort Worth, Texas 76161-0244
517716135       Terminix Processing Center,    PO Box 742592,    Cincinnati, OH 45274-2592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517716116      +E-mail/Text: EBNProcessing@afni.com Oct 02 2018 01:09:56      AT&T Mobility,    c/o AFNI, Inc.,
                 PO Box 3427,    Bloomington, IL 61702-3427
517716120      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:24      Comenity Bank/Avenue,
                 PO Box 182789,    Columbus, OH 43218-2789
517716121       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:24      Comenity Bank/Avenue,
                 c/o Portfolio Recovery Associates,    PO Box 182125,    Columbus, OH 43218-2125
517716122       E-mail/Text: info@chcollects.com Oct 02 2018 01:10:53      Cooper Faculty OB/GYN,
                 c/o C & H Collection Services, Inc.,    1 Federal Street, N-100,    Camden, NJ 08103-1091
517716123      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 01:11:27
                 GE Capital Retail Bank,    c/o Portfolio Recovery Associates,    120 Corporate Blvd., Ste 100,
                 Norfolk, VA 23502-4952
517716133      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:23      SYNCB/Lord & Taylor,
                 PO Box 965015,    Orlando, FL 32896-5015
517717979      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517716134       E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2018 01:09:39      T-Mobile,
                 c/o Midland Funding LLC,    PO Box 60578,    Los Angeles, CA 90060-0578
517716136      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 01:11:59
                 World Financial Bank,    c/o Portfolio Recovery,    120 Corporate Blvd, Ste 100,
                 Norfolk, VA 23502-4952
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin                Page 2 of 2                   Date Rcvd: Oct 01, 2018
                              Form ID: 132               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    Michigan State Housing Development Authority
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```