Jenkins & Clayman
ATTORNEYS AT LAW
412 WHITE HORSE PIKE
AUDUBON, NJ 08106
(856) 546-9696
FAX (856) 546-7013
Email:  jenkins.clayman@verizon.net

November 29, 2018

**Via electronic mail to: ([jarcher@standingtrustee.com](mailto:jarcher@standingtrustee.com)) only**

Isabel C. Balboa
Attn: Jennie Archer
535 Route 38
Cherry Hill, NJ 08002

  Re: Trevor Anglin & Andrea Walker-Anglin
     Chapter 13 Case No.: 18-26837

Dear Ms. Balboa,

 In this particular case, you have objected to our amended Disclosure Statement, basically stating that the amended Disclosure Statement needs to be consistent with the Statement of Financial Affairs number 16 and our plan.

 I have amended our Disclosure Statement again, as well as the Statement of Financial Affairs number 16, and modified the plan so that all three are consistent and show that we have received $690.00 prior to the filing and that $4,060 would be owed through the Chapter 13 plan.

 Therefore, you should be able to withdraw your objection to our amended Disclosure Statement.

 Thank you.

           Very truly yours,

           */s/ Jeffrey E. Jenkins*

           Jeffrey E. Jenkins

JEJ/aa