| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>*Attorneys for Creditor,* Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.<br>By: Maria Cozzini, Esq. |

| | |
|---|---|
| In Re:<br>   Trevor A. Anglin<br><br>   Andrea L. Walker<br>                    Debtor(s). | Judge: Andrew B. Altenburg, Jr.<br>Chapter 13<br>Case No.: 18-26837-ABA |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

   105 Eisenhower Parkway - Suite 302
   Roseland, NJ  07068

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

DATED:  February 26, 2019                                           Stern Lavinthal & Frankenberg LLC

                                                                                        By: /s/ *Maria Cozzini*
                                                                                            Maria Cozzini, Esq.

| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> Stern, Lavinthal & Frankenberg, LLC <br> 105 Eisenhower Parkway, Suite 302 <br> Roseland, New Jersey  07068-0490 <br> Telephone Number (973)797-1100 <br> Telecopier Number (973)228-2679 <br> Attorneys for Secured Creditor, Carrington Mortgage Services, LLC as servicer for Bank of America, N.A. <br> By: Maria Cozzini, Esq. |

| In Re: | Judge: Andrew B. Altenburg, Jr. |
|---|---|
| Trevor A. Anglin | Chapter 13 |
| | Case No.: 18-26837-ABA |
| Andrea L. Walker | |
| Debtor(s) | |

## CERTIFICATION OF SERVICE

1. I,  Sean Bolduc:

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On February 26, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                            */s/   Sean Bolduc*
                                                              Sean Bolduc

Dated:  February 26, 2019

201900400

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Trevor A. Anglin<br>2265 Horner Avenue<br>Pennsauken, NJ 08110<br><br>Andrea L. Walker<br>2265 Horner Avenue<br>Pennsauken, NJ 08110 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel Balboa, Esq.,<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.