B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey_____

In re Trevor A. Anglin and Andrea L. Walker    Case No. 18-26837-ABA

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY
**(Servicing Rights Only)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Bank of America, N.A. | Bank of America, N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Court Claim # (if known): 3-1
Amount of Claim: $ 244,706.48
Date Claim Filed: September 28, 2018

Phone:  800-561-4567
Last Four Digits of Acct #:  2754

Phone:  (800) 669-6607
Last Four Digits of Acct. #:  2930

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Phone:  800-561-4567
Last Four Digits of Acct #:  2754

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: March 5, 2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Rogelio Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 03/12/2019, I served the within Transfer of Claim Other than for Security on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Trevor A. Anglin
Andrea L. Walker
2265 Horner Avenue
Pennsauken, NJ 08110
Debtors

Eric Clayman, Esquire
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
Attorney for Debtors

Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 03/12/2019 at Woodland Hills, California.

/s/ Rogelio Soria