UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Attorney for Secured Creditor,
Carrington Mortgage Services, LLC as servicer for
Bank of America, N.A.
By Maria Cozzini, Esq.



Order Filed on August 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Trevor A. Anglin**

**Andrea L. Walker aka Andrea L. Anglin aka Andrea L. Walker-Anglin**

Debtor(s).

Case No.: 18-26837-ABA

Chapter: 13

Hearing Date: April 30, 2019

Judge: Andrew B. Altenburg Jr.

# ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: August 2, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page | 2**

Debtor: Trevor A. Anglin and Andrea L. Walker aka Andrea L. Anglin aka Andrea L. Walker-Anglin
Case No: 18-26837-ABA
Caption: Order Resolving Motion to Vacate Stay with Conditions

---

| | |
|---|---|
| Applicant: | Carrington Mortgage Services, LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Eric Clayman, Esq. |
| Property Involved ("Collateral"): | 2265 Horner Avenue, Pennsauken, NJ 08110 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 1 month, from 06/01/2019 to 06/01/2019.

    - The Debtor is overdue for 1 payment at $1,965.01 per month.

    - Less Funds held in debtor(s) suspense $0.00

    Total Arrearages Due $1,965.01.

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on July 1, 2019, regular monthly mortgage payments shall continue to be made in the amount $1,965.01.
    - Beginning on July 1, 2019, additional monthly cure payments shall be made in the amount of $327.51 for 6 months.

Debtor: Trevor A. Anglin and Andrea L. Walker aka Andrea L. Anglin aka Andrea L. Walker-Anglin
Case No: 18-26837-ABA
Caption: Order Resolving Motion to Vacate Stay with Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Immediate payment:    Carrington Mortgage Services, LLC
                           P.O. Box 3730
                           Anaheim, CA 92806

   ✓ Regular monthly payment:    Carrington Mortgage Services, LLC
                                 P.O. Box 3730
                                 Anaheim, CA 92806

   ✓ Monthly cure payment:    Carrington Mortgage Services, LLC
                              P.O. Box 3730
                              Anaheim, CA 92806

4. In the event of Default:

   ✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
      The fees and costs are payable:
   ✓ through the Chapter 13 plan.
      to the Secured Creditor within _____ days.
      Attorneys' fees are not awarded.