UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Attorney for Secured Creditor,
Carrington Mortgage Services, LLC as servicer for
Bank of America, N.A.
By Maria Cozzini, Esq.

**Order Filed on August 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Trevor A. Anglin**

**Andrea L. Walker aka Andrea L. Anglin
aka Andrea L. Walker-Anglin**

Debtor(s).

Case No.: 18-26837-ABA

Chapter: 13

Hearing Date: April 30, 2019

Judge: Andrew B. Altenburg Jr.

## ORDER RESOLVING MOTION TO VACATE STAY
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: August 2, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page | 2

Debtor: Trevor A. Anglin and Andrea L. Walker aka Andrea L. Anglin aka Andrea L. Walker-Anglin
Case No: 18-26837-ABA
Caption: Order Resolving Motion to Vacate Stay with Conditions

| | |
|---|---|
| Applicant: | Carrington Mortgage Services, LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Eric Clayman, Esq. |
| Property Involved ("Collateral"): | 2265 Horner Avenue, Pennsauken, NJ 08110 |

Relief sought:
- ✓ Motion for relief from the automatic stay
-   Motion to dismiss
-   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 1 month, from 06/01/2019 to 06/01/2019.

    - The Debtor is overdue for 1 payment at $1,965.01 per month.

    - Less Funds held in debtor(s) suspense $0.00

    Total Arrearages Due $1,965.01.

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on July 1, 2019, regular monthly mortgage payments shall continue to be made in the amount $1,965.01.

    - Beginning on July 1, 2019, additional monthly cure payments shall be made in the amount of $327.51 for 6 months.

Case 18-26837-ABA    Doc 46    Filed 08/04/19    Entered 08/05/19 01:02:18    Desc Imaged
Certificate of Notice    Page 3 of 4

Page | 3
Debtor: Trevor A. Anglin and Andrea L. Walker aka Andrea L. Anglin aka Andrea L. Walker-Anglin
Case No: 18-26837-ABA
Caption: Order Resolving Motion to Vacate Stay with Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ✓ Immediate payment:    Carrington Mortgage Services, LLC
                             P.O. Box 3730
                             Anaheim, CA 92806

   - ✓ Regular monthly payment:    Carrington Mortgage Services, LLC
                                   P.O. Box 3730
                                   Anaheim, CA 92806

   - ✓ Monthly cure payment:    Carrington Mortgage Services, LLC
                                P.O. Box 3730
                                Anaheim, CA 92806

4. In the event of Default:

   - ✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   - ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
     The fees and costs are payable:
   - ✓ through the Chapter 13 plan.

     to the Secured Creditor within _____ days.

     Attorneys' fees are not awarded.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-26837-ABA
Trevor A. Anglin                                                              Chapter 13
Andrea L. Walker
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Aug 02, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
db/jdb         +Trevor A. Anglin,   Andrea L. Walker,   2265 Horner Avenue,   Pennsauken, NJ 08110-1758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Bank of America, N.A. cmecf@sternlav.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria   Cozzini    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Bank of America, N.A. mcozzini@sternlav.com
              Melissa S DiCerbo    on behalf of Creditor    Michigan State Housing Development Authority nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12