Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-26837 (ABA)**

Trevor A. Anglin and Andrea L. Walker  
2265 Horner Avenue  
Pennsauken, NJ  08110

Monthly Payment: $1,399.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2019 | $261.50 | 01/18/2019 | $261.50 | 02/11/2019 | $500.00 | 02/11/2019 | $100.00 |
| 02/20/2019 | $261.50 | 02/28/2019 | $261.50 | 02/28/2019 | $261.50 | 03/18/2019 | $261.50 |
| 03/29/2019 | $261.50 | 04/15/2019 | $500.00 | 04/16/2019 | $261.50 | 04/30/2019 | $261.50 |
| 05/14/2019 | $261.50 | 05/23/2019 | $261.50 | 07/16/2019 | $261.50 | 07/24/2019 | $261.50 |
| 07/26/2019 | $261.50 | 08/06/2019 | $261.50 | 08/22/2019 | $261.50 | 09/03/2019 | $261.50 |
| 09/16/2019 | $261.50 | 10/01/2019 | $261.50 | 10/16/2019 | $261.50 | 10/29/2019 | $261.50 |
| 11/13/2019 | $261.50 | 11/26/2019 | $261.50 | 12/23/2019 | $261.50 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TREVOR A. ANGLIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,060.00 | $4,060.00 | $0.00 | $4,060.00 |
| 1 | AT&T MOBILITY II, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERIHEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $991.90 | $0.00 | $991.90 | $0.00 |
| 4 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $48,670.75 | $4,107.52 | $44,563.23 | $3,866.57 |
| 5 | BANK OF AMERICA HOME LOANS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $338.71 | $0.00 | $338.71 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COOPER FACULTY OB/GYN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | HADDON EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KENNEDY HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | M J ACKERMAN & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,064.83 | $0.00 | $1,064.83 | $0.00 |
| 14 | NEW CENTURY FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OUR LADY OF LOURDES MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $266.54 | $0.00 | $266.54 | $0.00 |
| 17 | PENNSAUKEN EMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SYNCB/LORD & TAYLOR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SANTANDER CONSUMER USA, INC. | 33 | $3,579.13 | $0.00 | $3,579.13 | $0.00 |
| 20 | T-MOBILE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TERMINIX PROCESSING CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | ANDREA L. WALKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 26 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | QUANTUM3 GROUP, LLC | 33 | $79.26 | $0.00 | $79.26 | $0.00 |
| 28 | QUANTUM3 GROUP, LLC | 33 | $481.04 | $0.00 | $481.04 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $120.29 | $0.00 | $120.29 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 33 | $148.30 | $0.00 | $148.30 | $0.00 |
| 31 | QUANTUM3 GROUP, LLC | 33 | $377.43 | $0.00 | $377.43 | $0.00 |
| 32 | QUANTUM3 GROUP, LLC | 33 | $167.58 | $0.00 | $167.58 | $0.00 |
| 33 | QUANTUM3 GROUP, LLC | 33 | $341.18 | $0.00 | $341.18 | $0.00 |
| 34 | QUANTUM3 GROUP, LLC | 33 | $181.97 | $0.00 | $181.97 | $0.00 |
| 35 | COMENITY BANK/AVENUE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | DEPARTMENT STORES NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | FIG CAPITAL INVESTMENTS NJ13, LLC | 24 | $30.28 | $2.56 | $27.72 | $2.41 |
| 42 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | SANTANDER CONSUMER USA, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | COMENITY BANK/AVENUE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2018 | 14.00 | $0.00 |
| 11/01/2019 | Paid to Date | $9,206.50 |
| 12/01/2019 | 45.00 | $1,399.00 |
| 09/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,376.00 |
| Total paid to creditors this period: | $8,459.98 |
| Undistributed Funds on Hand: | $241.10 |
| Arrearages: | $2,275.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**