| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **Eric J Clayman, Esquire** <br> **Jenkins & Clayman** <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> (856) 546-9696 <br> Attorney for Debtors |
| In Re: <br> Trevor Anglin and Andrea Walker <br> Debtors |

Case No.: 18-26837

Judge: Andrew B. Altenburg

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by

   creditor.

   A hearing has been scheduled for

   OR

   ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee,

   A hearing has been scheduled for _._

   ☐ Certification of Default filed by _____, creditor

   I am requesting a hearing be scheduled in this matter.

   OR

   ☒ Certification of Default filed by Standing Chapter 13 Trustee.

   I am requesting a hearing be scheduled in this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support of attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **explain your answer)**:_____

☒ Other **(explain your answer)**: My husband and I cannot afford a Trustee payment as high as the Trustee wants as the Trustee wants 1,400 – 1,500 per month. We will modify our plan within two weeks to seek a loan modification. We will provide our Trustee with proof. We will continue to pay our mortgage and our Trustee. We seek 4 – 6 months to complete the loan modification.

3. This Certification is being made in an effort to resolve the issues raised by the creditor in this motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date: 2/28/20                               /s/ Trevor Anglin
                                                    debtor


Date: 2/28/20                               /s/ Angela Walker
                                                  , debtor




NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**