Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26837−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Trevor A. Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Andrea L. Walker
aka Andrea L. Anglin, aka Andrea L.
Walker−Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Social Security No.:
    xxx−xx−4387                                              xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 22, 2019.

On March 2, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               April 8, 2020
Time:               09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 2, 2020
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-26837-ABA
Trevor A. Anglin                                                       Chapter 13
Andrea L. Walker
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Mar 02, 2020
                               Form ID: 185             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db/jdb         +Trevor A. Anglin,    Andrea L. Walker,    2265 Horner Avenue,    Pennsauken, NJ 08110-1758
cr             +Carrington Mortgage Services, LLC as servicer for,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517716115       AmeriHealth,    PO Box 21545,    Saint Paul, MN 55121-0545
517716117      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517716118      +Bank of America Home Loans,     4909 Savarese Circle,    Tampa, FL 33634-2413
517716119      +Bank of America Home Loans,     c/o KML Law Group,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
517782479       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517765098      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518097960      +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
518097961      +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                 Anaheim, CA 92806,    Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC 92806-5948
517716124      +Haddon Emergency Physicians,     c/o Bay Area Credit Services,    PO Box 467600,
                 Atlanta, GA 31146-7600
517716125      +Kennedy Health,    c/o Financial Recoveries,    200 E Park Drive, Ste 100,
                 Mount Laurel, NJ 08054-1297
517716126      +M J Ackerman & Associates,     2301 Evesham Road Ste 401,    Voorhees, NJ 08043-4505
517716127      +Macy's,   PO Box 8218,    Mason, OH 45040-8218
517716128       New Century Financial Services,     c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517716129       Our Lady of Lourdes Medical Center,     PO Box 822099,    Philadelphia, PA 19182-2099
517716130       Pennsauken EMS,    5606 N. Crescent Blvd,    Pennsauken, NJ 08110
517716131      +Pennsauken EMS,    c/o DM Medical Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
517716132       Santander Consumer,    PO Box 105255,    Atlanta, GA 30348-5255
517752039      +Santander Consumer USA,    PO BOX 961245,    Fort Worth, Texas 76161-0244
517716135       Terminix Processing Center,     PO Box 742592,    Cincinnati, OH 45274-2592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2020 01:02:18      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2020 01:02:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517716116      +E-mail/Text: EBNProcessing@afni.com Mar 03 2020 01:02:31      AT&T Mobility,    c/o AFNI, Inc.,
                 PO Box 3427,   Bloomington, IL 61702-3427
518097961      +E-mail/Text: BKBCNMAIL@carringtonms.com Mar 03 2020 01:00:44      Bank of America, N.A.,
                 c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC 92806-5948
518097960      +E-mail/Text: BKBCNMAIL@carringtonms.com Mar 03 2020 01:00:44      Bank of America, N.A.,
                 c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5948
517716120      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:51      Comenity Bank/Avenue,
                 PO Box 182789,    Columbus, OH 43218-2789
517716121       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:52      Comenity Bank/Avenue,
                 c/o Portfolio Recovery Associates,    PO Box 182125,    Columbus, OH 43218-2125
517716122       E-mail/Text: info@chcollects.com Mar 03 2020 01:03:25      Cooper Faculty OB/GYN,
                 c/o C & H Collection Services, Inc.,    1 Federal Street, N-100,    Camden, NJ 08103-1091
517848619       E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2020 01:02:07
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517844777       E-mail/Text: ar@figadvisors.com Mar 03 2020 01:02:54      FIG Capital Investments NJ13, LLC,
                 PO Box 54472,    New Orleans, Louisiana, 70154-4418
517716123      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2020 01:06:01
                 GE Capital Retail Bank,    c/o Portfolio Recovery Associates,    120 Corporate Blvd., Ste 100,
                 Norfolk, VA 23502-4952
517830139       E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2020 01:02:07
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517830141       E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2020 01:02:07
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517716133      +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:50      SYNCB/Lord & Taylor,
                 PO Box 965015,    Orlando, FL 32896-5015
517717979      +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:01      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517716134       E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2020 01:02:14      T-Mobile,
                 c/o Midland Funding LLC,    PO Box 60578,    Los Angeles, CA 90060-0578
517716136      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2020 01:05:12
                 World Financial Bank,    c/o Portfolio Recovery,    120 Corporate Blvd, Ste 100,
                 Norfolk, VA 23502-4952
                                                                                              TOTAL: 17

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 02, 2020
                              Form ID: 185             Total Noticed: 36
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:

              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman     on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman     on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor   Carrington Mortgage Services, LLC as servicer
               for Bank of America, N.A. cmecf@sternlav.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Maria  Cozzini    on behalf of Creditor   Carrington Mortgage Services, LLC as servicer for Bank
               of America, N.A. mcozzini@sternlav.com
              Melissa S DiCerbo    on behalf of Creditor   Michigan State Housing Development Authority
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 12