# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr. Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Lu'Shell K. Alexander\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

August 4, 2020

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

      **RE:**    **Debtor(s) Name: Trevor A. Anglin and Andrea L. Walker**
              **Case No. 18-26837 (ABA)**

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtors' Motion to Suspend Plan Payments, which is returnable Tuesday, August 11, 2020 at 10:00 a.m.

Debtors come before the Court twenty-four (24) months from the date they filed their Petition seeking an Order Suspending Plan Payments. Debtors are currently $8,505.02 in plan arrears through and including the plan payment due August 1, 2020.

While the Trustee does not oppose Debtors' motion, it is unclear which months Debtors are seeking to suspend, nor does the proposed Order state when plan payments shall resume. Debtors have continually submitted plan payments to the Trustee, albeit at a reduced amount.

Based on the foregoing, the Trustee respectfully requests Debtors' be required to submit an amended proposed Order to the Judge's chambers stating which months they are seeking to suspend and when the plan payments shall resume.

As always, please feel free to contact this office with any questions or concerns.

                    Respectfully submitted,

                    *s/ Isabel C. Balboa*
                    Isabel C. Balboa
                    Chapter 13 Standing Trustee

ICB/jpa
c: Jenkins & Clayman (via ECF/CM)
    Trevor A. Anglin and Andrea L. Walker (via regular mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978