Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−26837−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Trevor A. Anglin
   2265 Horner Avenue
   Pennsauken, NJ 08110

   Andrea L. Walker
   aka Andrea L. Anglin, aka Andrea L.
   Walker−Anglin
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4387                             xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 13, 2021
Time:           10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**73** − Certification in Opposition to (related document:72 Creditor's Certification of Default (related document:45 Order on Motion to Impose Automatic Stay) filed by Maria Cozzini on behalf of Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.. Objection deadline is 03/19/2021. filed by Creditor Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.) filed by Rhondi L. Schwartz on behalf of Trevor A. Anglin, Andrea L. Walker. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.

Dated: March 18, 2021
JAN: eag

                                                                              Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26837-ABA |
| Trevor A. Anglin | Chapter 13 |
| Andrea L. Walker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2021 | Form ID: 173 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Trevor A. Anglin, Andrea L. Walker, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| cr | + | Carrington Mortgage Services, LLC as servicer for, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021           Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeanette F. Frankenberg

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. cmecf@sternlav.com

Jeffrey E. Jenkins

on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  connor@jenkinsclayman.com

Jeffrey E. Jenkins

on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  connor@jenkinsclayman.com

Kevin Gordon McDonald

on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. mcozzini@sternlav.com

Melissa S DiCerbo

on behalf of Creditor Michigan State Housing Development Authority nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Rhondi L. Schwartz

on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com

Rhondi L. Schwartz

on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14