Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26837−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Trevor A. Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Andrea L. Walker
aka Andrea L. Anglin, aka Andrea L.
Walker−Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Social Security No.:
xxx−xx−4387                                         xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    6/10/21
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fees: $3,628.50

EXPENSES
$21.85

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 3, 2021
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-26837-ABA

Trevor A. Anglin  Chapter 13

Andrea L. Walker

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 03, 2021 | Form ID: 137 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Trevor A. Anglin, Andrea L. Walker, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| cr | + | Carrington Mortgage Services, LLC as servicer for, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517716115 | | AmeriHealth, PO Box 21545, Saint Paul, MN 55121-0545 |
| 517716117 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517716118 | + | Bank of America Home Loans, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517716119 | + | Bank of America Home Loans, c/o KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 517782479 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517765098 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517716124 | + | Haddon Emergency Physicians, c/o Bay Area Credit Services, PO Box 467600, Atlanta, GA 31146-7600 |
| 517716125 | + | Kennedy Health, c/o Financial Recoveries, 200 E Park Drive, Ste 100, Mount Laurel, NJ 08054-1297 |
| 517716126 | + | M J Ackerman & Associates, 2301 Evesham Road Ste 401, Voorhees, NJ 08043-4505 |
| 517716128 | | New Century Financial Services, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517716129 | | Our Lady of Lourdes Medical Center, PO Box 822099, Philadelphia, PA 19182-2099 |
| 517716131 | + | Pennsauken EMS, c/o DM Medical Billings, PO Box 1016, Voorhees, NJ 08043-7016 |
| 517716130 | | Pennsauken EMS, 5606 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 517716132 | | Santander Consumer, PO Box 105255, Atlanta, GA 30348-5255 |
| 517752039 | + | Santander Consumer USA, PO BOX 961245, Fort Worth, Texas 76161-0244 |
| 517716135 | | Terminix Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 03 2021 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 03 2021 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517716116 | + | Email/Text: EBNProcessing@afni.com | May 03 2021 21:48:00 | AT&T Mobility, c/o AFNI, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 518097960 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 03 2021 21:43:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518097961 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 03 2021 21:43:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Bank of America, N.A., c/o Carrington Mortgage Services, LLC 92806-5948 |
| 517716121 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2021 21:47:00 | Comenity Bank/Avenue, c/o Portfolio Recovery Associates, PO Box 182125, Columbus, OH 43218-2125 |
| 517716120 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | May 03 2021 21:47:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 517716122 | | Email/Text: info@chcollects.com | May 03 2021 21:48:00 | Cooper Faculty OB/GYN, c/o C & H Collection Services, Inc., 1 Federal Street, N-100, Camden, NJ 08103-1091 |
| 517716127 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2021 22:57:55 | Macy's, PO Box 8218, Mason, OH 45040 |
| 517848619 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2021 21:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517844777 | | Email/Text: ar@figadvisors.com | May 03 2021 21:48:00 | FIG Capital Investments NJ13, LLC, PO Box 54472, New Orleans, Louisiana, 70154-4418 |
| 517716123 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2021 22:56:33 | GE Capital Retail Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 517830139 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2021 21:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517830141 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2021 21:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517716133 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2021 22:56:27 | SYNCB/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 517717979 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2021 22:55:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517716134 | | Email/Text: bankruptcydpt@mcmcg.com | May 03 2021 21:47:00 | T-Mobile, c/o Midland Funding LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 517716136 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2021 22:57:50 | World Financial Bank, c/o Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

**Name**              **Email Address**
Denise E. Carlon

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 137 | Total Noticed: 36 |

|  |  |
|---|---|
|  | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanette F. Frankenberg | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. cmecf@sternlav.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Jeffrey E. Jenkins | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. mcozzini@sternlav.com |
| Melissa S DiCerbo | on behalf of Creditor Michigan State Housing Development Authority nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Rhondi L. Schwartz | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14