| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on June 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re<br><br>  Trevor Anglin and Andrea Walker<br>debtors | Case No.: 18-26837<br>Chapter: 13<br>Hearing Date: 3/20/2020- 4/12/2021<br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: June 10, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ 3628.50 for services rendered and expenses in the amount of $ 21.85 for a total of $3650.35. The allowance is payable:

   X  through the Chapter 13 plan as an administrative priority.

   ___  outside the plan.

The debtor's monthly plan is modified to require a payment of $ 846.00 per month starting May 2021 for 52 more months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26837-ABA |
| Trevor A. Anglin | Chapter 13 |
| Andrea L. Walker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Trevor A. Anglin, Andrea L. Walker, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | |
| | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Eric Clayman | |
| | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanette F. Frankenberg | |
| | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. cmecf@sternlav.com |

| Jeffrey E. Jenkins | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| --- | --- |
| Jeffrey E. Jenkins | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. mcozzini@sternlav.com |
| Melissa S DiCerbo | on behalf of Creditor Michigan State Housing Development Authority nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Rhondi L. Schwartz | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14