Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–26837–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Trevor A. Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Andrea L. Walker
aka Andrea L. Anglin, aka Andrea L. Walker–Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Social Security No.:
   xxx–xx–4387                                xxx–xx–2068
Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         September 28, 2021
Time:         10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*86* – Certification in Opposition to (related document:85 Creditor's Certification of Default filed by Maria Cozzini on behalf of Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.. Objection deadline is 09/14/2021. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Cozzini, Maria) Modified on 9/1/2021 TO REFLECT PDF ATTACHMENT IS NOT SEPARATE DOCUMENTS/EXHIBITS (eag) filed by Creditor Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.) filed by Eric Clayman on behalf of Trevor A. Anglin, Andrea L. Walker. (Clayman, Eric)

and transact such other business as may properly come before the meeting.

Dated: September 2, 2021
JAN: eag

Jeanne Naughton
Clerk