Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26837−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Trevor A. Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Andrea L. Walker
aka Andrea L. Anglin, aka Andrea L.
Walker−Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Social Security No.:
xxx−xx−4387

xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on November 19, 2021.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 19, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-26837-ABA
Trevor A. Anglin  Chapter 13
Andrea L. Walker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Nov 19, 2021  Form ID: 148  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Trevor A. Anglin, Andrea L. Walker, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| cr | + | Carrington Mortgage Services, LLC as servicer for, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517716115 | | AmeriHealth, PO Box 21545, Saint Paul, MN 55121-0545 |
| 517716119 | + | Bank of America Home Loans, c/o KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 517765098 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517716124 | + | Haddon Emergency Physicians, c/o Bay Area Credit Services, PO Box 467600, Atlanta, GA 31146-7600 |
| 517716125 | + | Kennedy Health, c/o Financial Recoveries, 200 E Park Drive, Ste 100, Mount Laurel, NJ 08054-1297 |
| 517716126 | #+ | M J Ackerman & Associates, 2301 Evesham Road Ste 401, Voorhees, NJ 08043-4505 |
| 517716129 | | Our Lady of Lourdes Medical Center, PO Box 822099, Philadelphia, PA 19182-2099 |
| 517716131 | + | Pennsauken EMS, c/o DM Medical Billings, PO Box 1016, Voorhees, NJ 08043-7016 |
| 517716130 | | Pennsauken EMS, 5606 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 517716135 | | Terminix Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517716116 | + | EDI: AFNIRECOVERY.COM | Nov 20 2021 01:38:00 | AT&T Mobility, c/o AFNI, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 517716117 | | EDI: BANKAMER.COM | Nov 20 2021 01:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517716118 | + | EDI: BANKAMER.COM | Nov 20 2021 01:38:00 | Bank of America Home Loans, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518097960 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 19 2021 20:36:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518097961 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 19 2021 20:36:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Bank of America, N.A., c/o Carrington Mortgage Services, LLC 92806-5948 |
| 517782479 | | EDI: BANKAMER.COM | Nov 20 2021 01:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517716121 | | EDI: WFNNB.COM | Nov 20 2021 01:38:00 | Comenity Bank/Avenue, c/o Portfolio Recovery Associates, PO Box 182125, Columbus, OH |

| Case 18-26837-ABA | Doc 92 | Filed 11/21/21 | Entered 11/22/21 00:16:38 | Desc Imaged |
| Certificate of Notice | Page 3 of 4 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 19, 2021 | Form ID: 148 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | 43218-2125 |
| 517716120 | + EDI: WFNNB.COM | | Nov 20 2021 01:38:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 517716122 | Email/Text: info@chcollects.com | | Nov 19 2021 20:37:00 | Cooper Faculty OB/GYN, c/o C & H Collection Services, Inc., 1 Federal Street, N-100, Camden, NJ 08103-1091 |
| 517716127 | + EDI: CITICORP.COM | | Nov 20 2021 01:38:00 | Macy's, PO Box 8218, Mason, OH 45040 |
| 517848619 | EDI: Q3G.COM | | Nov 20 2021 01:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517844777 | Email/Text: ar@figadvisors.com | | Nov 19 2021 20:37:00 | FIG Capital Investments NJ13, LLC, PO Box 54472, New Orleans, Louisiana, 70154-4418 |
| 517716123 | + EDI: PRA.COM | | Nov 20 2021 01:38:00 | GE Capital Retail Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 517716128 | Email/Text: signed.order@pfwattorneys.com | | Nov 19 2021 20:36:00 | New Century Financial Services, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517830139 | EDI: Q3G.COM | | Nov 20 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517830141 | EDI: Q3G.COM | | Nov 20 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517716133 | + EDI: RMSC.COM | | Nov 20 2021 01:38:00 | SYNCB/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 517716132 | EDI: DRIV.COM | | Nov 20 2021 01:38:00 | Santander Consumer, PO Box 105255, Atlanta, GA 30348-5255 |
| 517752039 | + EDI: DRIV.COM | | Nov 20 2021 01:38:00 | Santander Consumer USA, PO BOX 961245, Fort Worth, Texas 76161-0244 |
| 517717979 | + EDI: RMSC.COM | | Nov 20 2021 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517716134 | EDI: MID8.COM | | Nov 20 2021 01:38:00 | T-Mobile, c/o Midland Funding LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 517716136 | + EDI: PRA.COM | | Nov 20 2021 01:38:00 | World Financial Bank, c/o Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2021               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
                                  on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
                                  on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Eric Clayman
                                  on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Isabel C. Balboa
                                  ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                                  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeanette F. Frankenberg
                                  on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. cmecf@sternlav.com

Jeffrey E. Jenkins
                                  on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
                                  on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Kevin Gordon McDonald
                                  on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini
                                  on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. mcozzini@sternlav.com

Melissa S DiCerbo
                                  on behalf of Creditor Michigan State Housing Development Authority nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Rhondi L. Schwartz
                                  on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com

Rhondi L. Schwartz
                                  on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14