Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-26837 (ABA)

Trevor A. Anglin and Andrea L. Walker
2265 Horner Avenue
Pennsauken, NJ  08110

Monthly Payment: $1,055.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/2022 | $500.00 | 01/13/2022 | $500.00 | 01/13/2022 | $500.00 | 01/28/2022 | $500.00 |
| 02/22/2022 | $500.00 | 02/28/2022 | $500.00 | 03/09/2022 | $500.00 | 03/28/2022 | $500.00 |
| 04/11/2022 | $500.00 | 04/18/2022 | $500.00 | 05/03/2022 | $500.00 | 05/23/2022 | $500.00 |
| 05/24/2022 | $500.00 | 06/14/2022 | $500.00 | 06/27/2022 | $500.00 | 07/12/2022 | $500.00 |
| 07/21/2022 | $500.00 | 08/09/2022 | $500.00 | 08/17/2022 | $500.00 | 08/29/2022 | $500.00 |
| 09/26/2022 | $500.00 | 09/27/2022 | $500.00 | 10/25/2022 | $500.00 | 11/15/2022 | $500.00 |
| 11/21/2022 | $500.00 | 12/05/2022 | $500.00 | 12/21/2022 | $500.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TREVOR A. ANGLIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $3,650.35 | $3,650.35 | $0.00 | $2,707.52 |
| 1 | AT&T MOBILITY II, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERIHEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $991.90 | $0.00 | $0.00 | $0.00 |
| 4 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $48,670.75 | $18,357.40 | $30,313.35 | $2,634.08 |
| 5 | BANK OF AMERICA HOME LOANS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $338.71 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COOPER FACULTY OB/GYN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | HADDON EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KENNEDY HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | M J ACKERMAN & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,064.83 | $0.00 | $0.00 | $0.00 |
| 14 | NEW CENTURY FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OUR LADY OF LOURDES MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $266.54 | $0.00 | $0.00 | $0.00 |
| 17 | PENNSAUKEN EMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SYNCB/LORD & TAYLOR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SANTANDER CONSUMER USA, INC. | 33 | $3,579.13 | $0.00 | $0.00 | $0.00 |
| 20 | T-MOBILE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TERMINIX PROCESSING CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ANDREA L. WALKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 26 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | QUANTUM3 GROUP, LLC | 33 | $79.26 | $0.00 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP, LLC | 33 | $481.04 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $120.29 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 33 | $148.30 | $0.00 | $0.00 | $0.00 |
| 31 | QUANTUM3 GROUP, LLC | 33 | $377.43 | $0.00 | $0.00 | $0.00 |
| 32 | QUANTUM3 GROUP, LLC | 33 | $167.58 | $0.00 | $0.00 | $0.00 |
| 33 | QUANTUM3 GROUP, LLC | 33 | $341.18 | $0.00 | $0.00 | $0.00 |
| 34 | QUANTUM3 GROUP, LLC | 33 | $181.97 | $0.00 | $0.00 | $0.00 |
| 35 | COMENITY BANK/AVENUE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | DEPARTMENT STORES NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | FIG CAPITAL INVESTMENTS NJ13, LLC | 24 | $6.55 | $6.55 | $0.00 | $0.75 |
| 42 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | SANTANDER CONSUMER USA, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | COMENITY BANK/AVENUE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $4,942.49 | $862.71 | $4,079.78 | $0.00 |
| 50 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $350.00 | $350.00 | $0.00 | $321.46 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2018 | 40.00 | $0.00 |
| 01/01/2022 | Paid to Date | $23,306.23 |
| 02/01/2022 | 43.00 | $1,055.00 |
| 09/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,500.00 |
| Total paid to creditors this period: | $5,663.81 |
| Undistributed Funds on Hand: | $4,575.00 |
| Arrearages: | ($395.00) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**