Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26837−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Trevor A. Anglin
   2265 Horner Avenue
   Pennsauken, NJ 08110

   Andrea L. Walker
   aka Andrea L. Anglin, aka Andrea L.
   Walker−Anglin
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4387                                          xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     4/13/23
Time:     02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Jeffrey E. Jenkins, Debtor's Attorney, period: 9/9/2021 to 1/11/2022.

COMMISSION OR FEES
fee: $2,129.50.

EXPENSES
$8.25.

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 3, 2023
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26837-ABA |
| Trevor A. Anglin | Chapter 13 |
| Andrea L. Walker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2023 | Form ID: 137 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Trevor A. Anglin, Andrea L. Walker, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| cr | + | Carrington Mortgage Services, LLC as servicer for, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517716115 | | AmeriHealth, PO Box 21545, Saint Paul, MN 55121-0545 |
| 517716119 | + | Bank of America Home Loans, c/o KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 517716122 | | Cooper Faculty OB/GYN, c/o C & H Collection Services, Inc., 1 Federal Street, N-100, Camden, NJ 08103-1091 |
| 517716129 | | Our Lady of Lourdes Medical Center, PO Box 822099, Philadelphia, PA 19182-2099 |
| 517716131 | + | Pennsauken EMS, c/o DM Medical Billings, PO Box 1016, Voorhees, NJ 08043-7016 |
| 517716130 | | Pennsauken EMS, 5606 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 517716135 | | Terminix Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517716116 | + | Email/Text: EBNProcessing@afni.com | Mar 03 2023 20:49:00 | AT&T Mobility, c/o AFNI, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 517716117 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 03 2023 20:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517716118 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 03 2023 20:48:00 | Bank of America Home Loans, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517765098 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 03 2023 20:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518097960 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2023 20:48:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518097961 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2023 20:48:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Bank of America, N.A., c/o Carrington Mortgage Services, LLC 92806-5948 |
| 517782479 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 03 2023 20:48:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517716121 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 03 2023 20:49:00 | Comenity Bank/Avenue, c/o Portfolio Recovery Associates, PO Box 182125, Columbus, OH 43218-2125 |
| 517716120 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 03 2023 20:49:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 517716127 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2023 20:53:26 | Macy's, PO Box 8218, Mason, OH 45040 |
| 517848619 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2023 20:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517844777 | | Email/Text: ar@figadvisors.com | Mar 03 2023 20:49:00 | FIG Capital Investments NJ13, LLC, PO Box 54472, New Orleans, Louisiana, 70154-4418 |
| 517716123 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2023 20:53:22 | GE Capital Retail Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 517716124 | ^ | MEBN | Mar 03 2023 20:47:14 | Haddon Emergency Physicians, c/o Bay Area Credit Services, PO Box 467600, Atlanta, GA 31146-7600 |
| 517716125 | ^ | MEBN | Mar 03 2023 20:47:14 | Kennedy Health, c/o Financial Recoveries, 200 E Park Drive, Ste 100, Mount Laurel, NJ 08054-1297 |
| 517716128 | | Email/Text: signed.order@pfwattorneys.com | Mar 03 2023 20:49:00 | New Century Financial Services, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517830139 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2023 20:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517830141 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2023 20:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517716133 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2023 20:53:41 | SYNCB/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 517716132 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 03 2023 20:49:00 | Santander Consumer, PO Box 105255, Atlanta, GA 30348-5255 |
| 517752039 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 03 2023 20:49:00 | Santander Consumer USA, PO BOX 961245, Fort Worth, Texas 76161-0244 |
| 517717979 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2023 20:53:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517716134 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2023 20:49:00 | T-Mobile, c/o Midland Funding LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 517716136 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2023 20:53:44 | World Financial Bank, c/o Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517716126 | ##+ | M J Ackerman & Associates, 2301 Evesham Road Ste 401, Voorhees, NJ 08043-4505 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Imaged Certificate of Notice    Page 5 of 5

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 03, 2023 | Form ID: 137 | Total Noticed: 35

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Bank of America, N.A. apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Angela Catherine Pattison | on behalf of Creditor BANK OF AMERICA N.A. apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeanette F. Frankenberg | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Bank of America, N.A. cmecf@sternlav.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Bank of America, N.A. mcozzini@sternlav.com |
| Melissa S DiCerbo | on behalf of Creditor Michigan State Housing Development Authority nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Rhondi L. Schwartz | on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14