# Office of the Chapter 13 Standing Trustee

## Isabel C. Balboa, Chapter 13 Standing Trustee †

*Jane L. McDonald, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**  
*\*Certified Bankruptcy Assistant*  
*†Fellow, American College of Bankruptcy*

March 6, 2023

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:  Debtor(s) Name:   Trevor A. Anglin and Andrew L. Walker  
     Case No:          18-26837  ABA  
     Hearing Date:     April 13, 2023 at 2:00 PM

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on March 3, 2023 for the above-captioned matter.

The Trustee objects to the following charges listed on Exhibit A of the Application & Certification for Order for Allowance of Attorney's Fees:

01/11/2022    .2    Appear in court re: Motion to reinstate case.

No opposition was filed to Debtor's Motion to Vacate Dismissal Order; therefore, the Court granted the motion with no need for an appearance by counsel.

Counsel is seeking fees in the amount of $93 ($465 x 0.2) for services that were not performed. Additionally, the proposed form of order filed with motion/application fails to indicate a new monthly Trustee payment amount going forward.

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

/s/ Isabel C. Balboa

**ISABEL C. BALBOA**  
Chapter 13 Standing Trustee

ICB:lka

c:   Jeffrey E. Jenkins, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)  
     Trevor A. Anglin and Andrew L. Walker   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978