**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Trevor and Andrea Anglin | CHAPTER 13 CASE NO. 18-26837-ABA |
| Debtor | APPLICATION TO STOP WAGE ORDER |

TO:  THE HONORABLE ANDREW B. ALTENBURG, JR., U.S.B.J.:

Your applicant, Jenkins Law Group, attorneys for the debtors, by way of application hereby state:

1.     Your applicant is the attorney for the debtor(s) in the above-captioned Chapter 13 bankruptcy proceeding and is authorized to make this certification.

2.     On January 21, 2022 (docket #99), a Wage Order was signed such that debtor's Trustee payments would be deducted directly from his wages.

3.     Accordingly, we ask that this Wage Order now be terminated.

Respectfully submitted,
Jenkins Law Group
Attorneys for Debtors/Applicants

Dated: March 17, 2023

/s/ Jeffrey E. Jenkins
By: Jeffrey E. Jenkins, Esquire