| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins<br>Attorneys at Law<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor<br><br>By: | Order Filed on March 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Trevor and Andrea Anglin<br><br>    Debtor | Case No.:    18-26837-ABA<br><br>Adv. No.:<br><br>Judge:    Honorable Andrew B. Altenburg, Jr. |

### ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: March 27, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Trevor and Andrea Anglin |
| Case No: | 18-26837-ABA |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of debtors' application to terminate wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Wage Order docket entry (docket #99) currently in place for the debtor's Trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Cooper Health System, shall no longer make disbursements to the Chapter 13 Trustee.