# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  *Lu'Shell K. Alexander\**
*Jennifer R. Gorchow, Staff Attorney*  *Jennie P. Archer\**
*William H. Clunn, III, Staff Attorney*  *Kelleen E. Stanley\**
*Kimberly A. Talley\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

April 10, 2023

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy
  Debtor(s) Name:  Trevor A. Anglin and Andrew L. Walker
  Case No:  18-26837   ABA
  Hearing Date:  April 13, 2023 at 2:00 PM

Dear Judge Altenburg:

  Please accept this letter as a limited objection to Debtor(s)' amended Motion/Application filed on April 7, 2023 for the above-captioned matter.

  The proposed form of order filed with the Motion/Application, fails to indicate a new monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $1,135.00 per month for twenty-eight months with an amended wage order.

  **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

  As always, the Court is welcome to contact the Trustee with any concerns.

  Respectfully submitted,

  *OFFICE OF THE CHAPTER 13*
  *STANDING TRUSTEE*

  */s/ Isabel C. Balboa*

  **ISABEL C. BALBOA**
  Chapter 13 Standing Trustee

ICB:lka

c:  Jeffrey E. Jenkins, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
  Trevor A. Anglin and Andrea L. Walker   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center  **Payments Only:**
535 Route 38
Suite 580  P.O. Box 1978
Cherry Hill, NJ 08002  Memphis, TN 38101-1978
(856) 663-5002