UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JENKINS LAW GROUP
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Trevor Anglin & Andrea Walker

Debtors

Case No.: 18-26837

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 25, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jeffrey E. Jenkins _____, the applicant, is allowed a fee of $ _____ 1,990 _____ for services rendered and expenses in the amount of $ _____ 8.25 _____ for a total of $ _____ 1,998.25 _____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 1,135.00 _____ per month for _____ 28 _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*