| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins<br>Attorneys at Law<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor<br><br>By: | **Order Filed on July 24, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Trevor Anglin & Andrea Walker,<br>Debtor | Case No.: 18-26837<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: ABA |

### ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: July 24, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Andrea Walker |
| Case No: | 18-26837 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #119 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Cooper Health System, shall no longer make disbursements to the Standing Chapter 13 Trustee.