| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **JENKINS LAW GROUP** <br> Jeffrey E. Jenkins <br> Attorneys at Law <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> (856)546-9696 <br> Attorney for Debtor <br><br> By: | **Order Filed on July 24, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey** |
| In Re: <br><br> Trevor Anglin & Andrea Walker, <br> Debtor | Case No.: 18-26837 <br><br> Adv. No.: <br><br> Hearing Date: <br><br> Judge: ABA |

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: July 24, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Andrea Walker |
| Case No: | 18-26837 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #119 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Cooper Health System, shall no longer make disbursements to the Standing Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-26837-ABA
Trevor A. Anglin  Chapter 13
Andrea L. Walker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Jul 24, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Trevor A. Anglin, Andrea L. Walker, 2265 Horner Avenue, Pennsauken, NJ 08110-1758

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

**Name**    **Email Address**

Angela Catherine Pattison
    on behalf of Creditor Carrington Mortgage Services LLC as servicer for Bank of America, N.A. apattison@hillwallack.com, apattison@ecf.courtdrive.com

Angela Catherine Pattison
    on behalf of Creditor BANK OF AMERICA N.A. apattison@hillwallack.com, apattison@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeanette F. Frankenberg

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. cmecf@sternlav.com

Jeffrey E. Jenkins

on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins

on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Kevin Gordon McDonald

on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. mcozzini@sternlav.com

Melissa S DiCerbo

on behalf of Creditor Michigan State Housing Development Authority nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Rhondi L. Schwartz

on behalf of Debtor Trevor A. Anglin mail@jenkinsclayman.com

Rhondi L. Schwartz

on behalf of Joint Debtor Andrea L. Walker mail@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14